UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

WILLIAM ROHLAND,                               :

                Plaintiff,         :    No. 3:02 CV 1955 (MRK)

    - against -                                      :

GIBBS COLLEGE,                                 :

                Defendant.        :
                                                           October 28, 2003

-----------------------------------------------------------------X

## DEFENDANT GIBBS COLLEGE'S MOTION TO COMPEL

Defendant Gibbs College ("Defendant") by and through its attorneys, Morgan, Lewis & Bockius LLP and Zeldes, Needle & Cooper P.C. hereby moves, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure and Rule 37 of the Rules of the United States District Court for the District of Connecticut for an order dismissing the Complaint of Plaintiff William Rohland or, in the alternative, an order compelling plaintiff to: (1) appear for his deposition; (2) submit documents and written responses to Defendant's Discovery requests, including an executed authorization for records release; and (3) submit initial disclosures pursuant to Rule 26. In addition, Defendant respectfully requests that the Court issue an order directing Plaintiff to reimburse Defendant for the expenses incurred in brining this motion, including attorneys' fees and any such other and further relief as this Court may deem just, proper and equitable.

Defendant's Memorandum of Law in support of this motion is being filed herewith on this date.

Dated: October 28, 2003  
       Bridgeport, Connecticut

ZELDES, NEEDLE & COOPER P.C.

By: _____
     Sarah W. Poston (CT 19702)

1000 Lafayette Boulevard  
P.O. Box 1740  
Bridgeport, Connecticut 06604  
(203) 333-9441  
fax: (203) 333-1489  
email: sposton@znclaw.com

MORGAN, LEWIS & BOCKIUS LLP  
Amber Kagan (CT 18154)  
101 Park Avenue  
New York, New York 10178  
(212) 309-6000

Attorneys for Defendant  
Gibbs College

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served by first class United States mail a true and correct copy of the foregoing, on this 28th day of October, to:

>William Rohland, Pro Se
>Mr. William Rohland
>74 West Fourth Street #13A
>Derby, CT 06418

*/s/ Sarah W. Poston*
Sarah W. Poston