UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

WILLIAM ROHLAND,

                Plaintiff,

    -against-

GIBBS COLLEGE,

             Defendant.

-------------------------------------------------------X

Civ. Action No.: 3:02 CV 1955 (AWT)

## NOTICE OF DEPOSITION OF PLAINTIFF WILLIAM ROHLAND

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the deposition upon oral examination of Plaintiff William Rohland will be taken at the law offices of Zeldes, Needle & Cooper, P.C., 1000 Lafayette Blvd., Bridgeport, Connecticut 06604, on April 21, 2003 at 10:00 a.m., before a notary public who is not an attorney, or some other officer or person authorized to administer oaths, and continue thereafter at such other times as may be necessary to complete the deposition.

Dated:  March 3, 2003
       New York, New York

                      MORGAN, LEWIS & BOCKIUS LLP

                      By:_____
                      Amber L. Kagan (CT -18154 )
                      Carrie A. Gonell (CT -24336)
                      101 Park Avenue
                      New York, NY 10178
                      (212) 309-6000

                      Anthony R. Minchella (CT – 18890)
                      ZELDES, NEEDLE & COOPER, P.C.
                      1000 Lafayette Blvd.
                      Bridgeport, Connecticut 06604

                      Attorneys for Defendants Gibbs College

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by regular mail and by Federal Express a true and correct copy of Defendants' Notice of Deposition of Plaintiff William Rohland, on this 3rd day of March, 2003, on:

John F.X. Androwski
156 Main Street
Ansonia, Connecticut 06401

I affirm that the foregoing statements are true, under penalty of perjury.

_____
Carrie A. Gonell