UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X

WILLIAM ROHLAND,

                     Plaintiff,

        - against -

GIBBS COLLEGE,

                  Defendant.

-------------------------------------------------------X

No. 3:02 CV 1955 (AWT)

June 6, 2003

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure Rule 9(b), Defendant respectfully moves this Court for a 120-day extension of the deadline for the close of discovery as set forth in the Court's scheduling order dated January 24, 2003.

In support of this Motion, Defendant further represents the following:

1.      On January 11, 2003, the parties filed their Rule 26(f) Report jointly requesting modification of the scheduling deadlines set forth in the Court's Standing Order on Pretrial Deadlines. The Court (Thompson, J.) entered an Order approving the parties' Rule 26(f) Report on January 24, 2003 and setting June 30, 2003 as the deadline for completion of discovery.

2.      On February 27, 2003, Defendant served Initial Disclosures on Plaintiff. Plaintiff has yet to serve Initial Disclosures on Defendant, although such disclosures were due on February 28, 2003.

3.      On March 3, 2003, Defendant served on Plaintiff its First Request for Production of Documents, First Set of Interrogatories and Notice of Deposition of Plaintiff William

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

GRANTED. The discovery deadline is extended to and including October 31, 2003. All other deadlines remain in effect.
It is so ordered.

Alvin W. Thompson, U.S.D.J.

6/25/2003
Hartford, CT

Rohland. Responses to these Requests were due on April 7, 2003, but Plaintiff has not yet produced any documents or otherwise responded.

4.    On May of 2003, John F.X. Androski informed Defendant that he would be filing a motion to withdraw as counsel for Plaintiff William Rohland. On June 5, 2003, Mr. Androski informed Defendant that he had filed his motion for withdrawal. Defendant has not yet received a copy of Mr. Androski's motion.

5.    Plaintiff has consented to Defendant's request for an enlargement of time for discovery.

6.    By virtue of the foregoing, the parties will not be able to complete all discovery by June 30, 2003. Accordingly, Defendant respectfully requests that the Court extend the discovery deadline until October 31, 2003.

7.    This is Defendant's first motion seeking an extension of the discovery deadline in this case.

8.    This extension will not effect the dispositive motion or other deadlines in this matter.

WHEREFORE, Defendant respectfully requests that the Court extend the discovery deadline until October 31, 2003.

Dated: June 6, 2003

By: _____
Anthony R. Minchella (CT - 18890)

ZELDES, NEEDLE & COOPER, P.C.
A Professional Corporation
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, Connecticut 06604
Telephone: (203) 333-9441

MORGAN, LEWIS & BOCKIUS LLP

Amber L. Kagan (CT - 18154 )
Carrie A. Gonell (CT - 24336)
101 Park Avenue
New York, NY 10178
(212) 309-6000

Attorneys for Defendants Gibbs College

1-NY/1615597.1

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by regular mail a true and correct copy of the foregoing, on this 6th day of June, 2003, on:

John F.X. Androski
156 Main Street, P.O. Box 656
Ansonia, Connecticut  06401


_____
Anthony Minchella