Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Carrie A. Gonell
(212) 309-6095
cgonell@morganlewis.com

April 17, 2003

<u>VIA TELECOPIER</u>

Caroline Androski, Esq.
156 Main Street
Ansonia, Connecticut

      Re:  <u>William Rohland v. Gibbs College</u>, No. 3:02 CV 1955 (AWT)

Dear Caroline:

I write to confirm that we are not proceeding with Plaintiff William Rohland's deposition in the above-referenced matter on Monday, April 21, 2003 because Plaintiff has not yet: (i) provided initial disclosures (which were due on February 28, 2003); or (ii) responded to Defendant's discovery requests (Plaintiff's responses were due on April 7, 2003). I understand that you will be getting back to me shortly to let me know when Plaintiff will provide the disclosures and responses, and that we will set a rescheduled date for Plaintiff's deposition at that time.

If you have any questions or need any further information, please call me at (212) 309-6095.

Thank you.

Sincerely,

*[signature]*

Carrie A. Gonell

CAG:nem
cc:    Anthony Minchella, Esq.