Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Carrie A. Gonell
(212) 309-6095
cgonell@morganlewis.com

July 2, 2003

**VIA FEDERAL EXPRESS**
Mr. William Rohland
74 West Fourth Street #13A
Derby, Connecticut 06418

Re: <u>William Rohland v. Gibbs College</u>, No. 3:02 CV 1955 (AWT)

Dear Mr. Rohland:

I am counsel for Gibbs College in the above-referenced matter. Enclosed with this letter are copies of: (1) Defendant's First Request for Production of Documents; (2) Defendant's First Set of Interrogatories; and (3) Authorization for Release of Medical Records. Your responses to these requests were due on April 7, 2003, and, thus, are overdue. Additionally, you are required to submit initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), which were due on February 28, 2003. Please submit the requested disclosures, documents and information to me by July 21, 2003.

If you need any further information, please call me at (212) 309-6095.

Sincerely,

Carrie A. Gonell

CAG:nem
Enclosures