Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Carrie A. Gonell
(212) 309-6095
cgonell@morganlewis.com

July 17, 2003

**VIA FEDERAL EXPRESS**

Mr. William Rohland
74 West Fourth Street #13A
Derby, Connecticut 06418

Re: <u>William Rohland v. Gibbs College</u>, No. 3:02 CV 1955 (AWT)

Dear Mr. Rohland:

I am counsel for Gibbs College in the above-referenced matter. I have not yet received a response from you to my letter of July 2, 2003, which requested responses to Defendant's discovery requests, as well as your initial disclosures, in the above-referenced matter.

Please call me at (212) 309-6095 at your earliest convenience and advise when you will be providing the requested information.

Sincerely,

*[signature]*

Carrie A. Gonell

CAG:nem
Enclosures

Philadelphia   Washington   New York   Los Angeles   Miami   Harrisburg   Pittsburgh
Princeton   Northern Virginia   London   Brussels   Frankfurt   Tokyo