Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Carrie A. Gonell
(212) 309-6095
cgonell@morganlewis.com

August 8, 2003

**VIA FEDERAL EXPRESS**

Mr. William Rohland
74 West Fourth Street #13A
Derby, Connecticut 06418

Re:   William Rohland v. Gibbs College, No. 3:02 CV 1955 (AWT)

Dear Mr. Rohland:

I am counsel for Gibbs College in the above-referenced matter. I have not yet received a response from you to my letters of July 2 or 17, 2003, or my phone call to you on August 1, 2003, which requested responses to Defendant's discovery requests, as well as your initial disclosures.

If you do not respond to this letter by August 13, 2003, you will have waived any objections you may have to Defendant's discovery requests and, additionally, we will have no choice but to seek assistance from the Court. Accordingly, please call me at (212) 309-6095 as soon as possible and advise when you will be providing the requested information.

Sincerely,

Carrie A. Gonell

Enclosures

cc:  Amber Kagan, Esq.