Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Carrie Gonell
(212) 309-6095
cgonell@morganlewis.com

August 18, 2003

**VIA FEDERAL EXPRESS AND FIRST CLASS MAIL**

Mr. William Rohland
74 West Fourth Street #13A
Derby, Connecticut 06418

Re: William Rohland v. Gibbs College, No. 3:02 CV 1955 (AWT)

Dear Mr. Rohland:

I am counsel for Gibbs College in the above-referenced matter and am writing to follow up on our conversation of August 14, 2003. After our conversation and subsequent to the blackout in New York, I left you a voicemail message asking you not to respond to Defendant's discovery requests until you received this letter.

You indicated that you were preparing responses to Defendant's document and interrogatory requests, and would send those responses to me. You further stated that you had a number of documents relating to this action, copies of which had been provided to you by your attorney. As I indicated, please do not provide me with copies of any documents prepared by your former counsel, or documents which you prepared at the direction of your former counsel. Moreover, if you have any objections to Defendant's requests for documents or interrogatory responses, please include those objections with your responses.

Additionally, we previously sent you a notice to take your deposition in this matter, and we need to schedule a date for the deposition. The deposition would take place in Bridgeport. I would propose September 18 or September 25, 2003. Please let me know your availability on these dates or, alternatively, other dates on which you are available.

August 18, 2003
Page 3

**Morgan Lewis**
COUNSELORS AT LAW

If you need any further information, please call me at (212) 309-6095.

Sincerely,

*/s/ Carrie A. Gonell*

Carrie A. Gonell

CAG:nem
Enclosure

cc: Amber Kagan, Esq.