# FedEx

United States Home                                    Information Center  |  Customer Support

Search

Package / Envelope Services | Freight Services | Same Day Services
Ship | Track | Rates | Pickup | Locations | Transit Time | International

## Track Shipments
## Detailed Results

Printable Version    Quick Help

**Tracking number** 627096274555
**Signed for by** 2019639
**Ship date** Aug 27, 2003
**Delivery date/Time** Aug 28, 2003 10:04 am

**Reference number** 11795-049389-0077
**Delivery location** DERBY CT
**Service type** Priority Envelope

You can also track:
- By Alternate
- By Email
- TCN (Gov't

Track other FedEx
- FedEx Cust shipments
- FedEx Trad shipments
- International

| Date/Time | | Status | Location | Comments |
|---|---|---|---|---|
| Aug 28, 2003 | 10:04 am | Delivered | DERBY CT | |

[ Signature proof ]    [ Track more shipments ]

Wrong Address?
Reduce future mistakes
FedEx Address Check

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From
To

Add a message to this email.

[ Send email ]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under U.S. and International law. All rights reserved. © 1995-2003 FedEx

http://www.federalexpress.com/cgi-bin/tracking                                    10/15/03

