Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Carrie Gonell
(212) 309-6095
cgonell@morganlewis.com

October 7, 2003

**VIA FEDERAL EXPRESS AND CERTIFIED MAIL**

Mr. William Rohland
74 West Fourth Street #13A
Derby, Connecticut 06418

Re: William Rohland v. Gibbs College, No. 3:02 CV 1955 (AWT)

Dear Mr. Rohland:

As you know, I am counsel for Gibbs College in the above-referenced matter and am writing to follow up on my unsuccessful attempts to contact you subsequent to our conversation of August 14, 2003. If I do not hear from you by Friday, October 10, 2003, we will have no alternative but to make a motion to the Court to compel you to produce your responses to our discovery requests and appear for your deposition.

In August, you indicated that you were preparing responses to Defendant's document and interrogatory requests, and would send those responses to me that week. You further stated that you had a number of documents relating to this action, copies of which had been provided to you by your attorney. As I indicated during that call and in my August 18, 2003 letter, please do not provide me with copies of any documents prepared by your former counsel, or documents which you prepared at the direction of your former counsel. Moreover, if you have any objections to Defendant's requests for documents or interrogatory responses, please include those objections with your responses, and forward these responses and documents to me by Friday, October 10, 2003.

We need to schedule a date for your deposition in Bridgeport without further delay. Please call me immediately to discuss your availability.

Philadelphia   Washington   New York   Los Angeles   Miami   Harrisburg   Pittsburgh
Princeton   Northern Virginia   London   Brussels   Frankfurt   Tokyo

Mr. William Rohland
October 7, 2003
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

If you need any further information, please call me at (212) 309-6095.

Sincerely,

*Carrie A. Gonell*

Carrie A. Gonell

CAG:nem
Enclosure

cc: Amber Kagan, Esq.