FedEx Express
Delivery Information
Domestic Trace
1000 Fedex Drive
Coraopolis, PA 16108-0022

U.S. Mail: 1000 Fedex Drive
Coraopolis, PA 16108-0022

Telephone 901-369-3600



October 14, 2003

krystal sanders
(212) 309-6273

Dear krystal sanders:

Our records reflect the following delivery information for the shipment with the tracking number 644005390688.

Delivery Information:

    Signed For By:    W. ROHLAND

    Delivered to:    74 WEST FOURTH STREET 13A

    Delivery Date:    October 08, 2003

    Delivery Time:    10:02 AM

Shipping Information:

Shipment Reference Information: 11795-049389-0077

| | | | |
|---|---|---|---|
| Tracking No: | 644005390688 | Ship Date: | October 07, 2003 |
| Shipper: | MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVE FL 40<br>NEW YORK, NY 101780060<br>US | Recipient: | MR. WILLIAM ROHLAND<br>74 WEST FOURTH STREET<br>#13<br>DERBY, CT 06418<br>US |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R2003101400100498011

This Information is provided subject to the FedEx Service Guide.

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served by first class United States mail a true and correct copy of the foregoing, on this 28th day of October, to:

>William Rohland, Pro Se
>Mr. William Rohland
>74 West Fourth Street #13A
>Derby, CT 06418

Sarah W. Poston