UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROHLAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV1955 |
| | : | |
| GIBBS COLLEGE, | : | |
| | : | |
| Defendant. | : | |

### NOTICE TO PRO SE PLAINTIFF

On October 28, 2003, defendant Gibbs College filed a Motion to Compel [doc. #17] requesting the Court to dismiss the plaintiff's Complaint or, in the alternative, to issue an order compelling the plaintiff to (1) appear for his deposition; (2) submit documents and written responses to defendant's discovery requests, including an executed authorization for records release; and (3) submit initial disclosures pursuant to Rule 26.   Under  Local Rule 7, a party has twenty-one (21) days to respond to an opponent's motion.  In this case, therefore, plaintiff had until November 21, 2003, within which to file a response to defendant's Motion to Compel. Local Rule 7 further provides that the failure to file any response "may be deemed sufficient cause to grant the motion."  D. Conn. L. R. 7.   Plaintiff has not filed an opposition to date.

Plaintiff is hereby notified that he must file a response to defendant's Motion to Compel on or before **January 15, 2004**.  Plaintiff is cautioned that if he fails to file a response to defendant's Motion to Compel or otherwise comply with defendant's outstanding requests by January 15, 2004, the Court will grant defendant's Motion to Compel.   Plaintiff is further cautioned that a failure to comply with discovery requests or a scheduling order may subject him

to sanctions, including dismissal of his case.  *See*, *e.g.,* Fed. R. Civ. P. 37; D. Conn. L.R. 16, 41(a).

IT IS SO ORDERED.

/s/         Mark R. Kravitz
                    U.S.D.J.

Dated at New Haven, Connecticut: <u>December 15, 2003</u>.