UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROHLAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV1955 |
| | : | |
| GIBBS COLLEGE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On October 28, 2003, defendant Gibbs College filed a Motion to Compel [doc. #17] requesting the Court to dismiss the plaintiff's Complaint or, in the alternative, to issue an order compelling the plaintiff to (1) appear for his deposition; (2) submit documents and written responses to defendant's discovery requests, including an executed authorization for records release; and (3) submit initial disclosures pursuant to Rule 26.  Under  Local Rule 7, a party has twenty-one (21) days to respond to an opponent's motion.  In this case, therefore, plaintiff had until November 21, 2003, within which to file a response to defendant's Motion to Compel.  Local Rule 7 further provides that the failure to file any response "may be deemed sufficient cause to grant the motion." D. Conn. L. R. 7.  The plaintiff not having filed an opposition by November 21, 2003, the Court issued a Notice to Pro Se Plaintiff [doc. #20] ("Notice") on December 15, 2003 directing plaintiff to respond to defendant's Motion to Compel no later than January 15, 2004, and that the Court would grant defendant's Motion to Compel should plaintiff fail to timely comply with defendant's discovery requests or respond to defendant's Motion to Compel.

To date, plaintiff has not filed an opposition to the Motion to Compel nor has plaintiff responded to defendant's discovery requests. Consequently, defendant's Motion to Compel [doc. #17] is hereby GRANTED. *See* D. Conn. L. Civ. R. 7. Furthermore, plaintiff is hereby on notice that failure to comply with the Motion to Compel within thirty (30) days of this Order – that is by **March 12, 2004** – may subject plaintiff to sanctions, including dismissal of his case. *See, e.g.,* Fed. R. Civ. P. 37; D. Conn. L. R. 41(a).

IT IS SO ORDERED.

/s/     Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: February 11, 2004.