## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

----------------------------------------------------X
:
WILLIAM ROHLAND,                              :
:
:                Civ. Action No.: 3:02 CV 1955
            Plaintiff,          :                (MRK)
:
    -against-                        :
:
GIBBS COLLEGE,                              :
:
            Defendant.          :
:
----------------------------------------------------X

## **APPEARANCE**

Please enter the appearance of the undersigned as counsel for Defendant Gibbs College in the above-entitled action.

Dated at Bridgeport, Connecticut, this 6th day of October 2004.

---

Robert M. Frost, Jr. (CT 19771)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT  06604
(203) 333-9441
Fax:  (203) 333-1489
Email:  rfrost@znclaw.com