UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------------X

| | | |
|---|---|---|
| WILLIAM ROHLAND, | : | |
| Plaintiff, | : | No. 3:02 CV 1955 (MRK) |
| - against - | : | |
| GIBBS COLLEGE, | : | |
| Defendant. | : | |
| | | October 6, 2004 |

---------------------------------------------------------------------X

## DEFENDANT GIBBS COLLEGE'S MOTION TO DISMISS

Pursuant to Rules 37 and 41 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and Rule 41 of the Rules of the United States District Court for the District of Connecticut ("L. Civ. R."), Defendant Gibbs College ("Defendant"), by and through its attorneys, Morgan Lewis & Bockius LLP and Zeldes, Needle & Cooper, P.C., respectfully moves that the Court issue an order dismissing the Complaint of Plaintiff William Rohland ("Plaintiff").

Plaintiff's Complaint meets every ground for dismissal under Rule 41: he has failed to prosecute this action, failed to comply with the Federal Rules, and failed to comply with this Court's February 11, 2004 Order. Plaintiff has not complied with an order of this Court, participated in discovery, or even contacted the Court or Defendant since August of 2003. Plaintiff clearly has no interest in pursuing this litigation and, accordingly, Defendant's motion should be granted and Plaintiff's Complaint should be dismissed in its entirety.

**ORAL ARGUMENT NOT REQUESTED**

The full and complete grounds supporting this motion are set forth in the accompanying Memorandum of Law and the Affidavit of Carrie Gonell in Support of Gibbs College's Motion to Dismiss, filed herewith.

Dated: October 6, 2004
      Bridgeport, Connecticut

ZELDES, NEEDLE & COOPER, P.C.

By: _____
   Robert M. Frost, Jr. (ct19771)

1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut  06604
(203) 333-9441
fax: (203) 333-1489
email: rfrost@znclaw.com

MORGAN, LEWIS & BOCKIUS LLP
Amber Kagan (CT 18154)
Carrie A. Gonell (CT 24336)
101 Park Avenue
New York, New York  10178
(212) 309-6000

Attorneys for Defendant
Gibbs College