**CERTIFICATE OF SERVICE**

This is to certify that I caused to be served by first class United States mail a true and correct copy of the foregoing, on this 6th day of October 2004, to:

    William Rohland, Pro Se
    Mr. William Rohland
    74 West Fourth Street #13A
    Derby, CT   06418

    _____
    Robert M. Frost, Jr.