UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROHLAND | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 1955 (MRK) |
| - against - | : | |
| | : | |
| GIBBS COLLEGE, | : | |
| | : | |
| Defendant. | : | OCTOBER 6, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant Gibbs College has manually filed the following documents:

    Exhibits A through O to Affidavit of Carrie Gonell in Support of Gibbs College's Motion to Dismiss

This document has not been electronically filed because the electronic size of the document exceeds 1.5 megabytes.

    Respectfully submitted,

_____
Robert M. Frost, Jr. (ct019771)

ZELDES, NEEDLE & COOPER
A Professional Corporation
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06604
(203) 333-9441
email: datkins@znclaw.com

Attorney for Defendant
Gibbbs College