UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM ROHLAND, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   3:02CV1955 MRK |
| | : | |
| GIBBS COLLEGE, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This action came on for consideration on defendant's Motion to Dismiss before the Honorable Mark R. Kravitz, United States District Judge.  On December 6, 2004, an Order entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the complaint is dismissed.

Dated at New Haven, Connecticut, this 6th day of December, 2004.

KEVIN F. ROWE, CLERK

By  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____